No. 12–7251. DAVIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–7257. BROWN v. GRAY, COMMANDANT, UNITED STATES DISCIPLINARY BARRACKS, FORT LEAVENWORTH. C. A. 10th Cir. Certiorari denied.

No. 12–7265. SANCHEZ-MONTES v. BENOV, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7269. WASHINGTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–7271. LEGRAND v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7272. LOVE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7273. MORRIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7279. CASTANEDA-JIMENEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–7282. PIERRE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–7291. BELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–7295. CARAWAY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–7298. NAMER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7300. MAI v. MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7301. JENKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7303. MALONE v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.